GARDNER, J.—Petition of Son Burt for certiorari to the Court of Appeals to review and revise the judgment of said court affirming the appeal of *Son Burt v. State,* 14 Ala. App. 125, 72 South. 296. Writ denied.

---

## COPLON v. THE STATE.

(Decided February 15, 1917.  74 South. 1005.)

CERTIORARI to the Court of Appeals.

BEDDOW & OBERDORFER, for appellant. W. L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, for the State.

PER CURIAM.—Petition of Dave Coplon for certiorari to the Court of Appeals to review and revise the judgment of said court affirming the appeal of *Dave Coplon v. The State,* 15 Ala. App. 331, 73 South. 225. Writ denied.

MAYFIELD, J., dissents.

---

## EX PARTE HATTIE DAVENPORT.

(Decided January 11, 1917.  74 South. 1005.)

CERTIORARI to the Court of Appeals.

HARSH, HARSH & HARSH, for appellant. STOKELY, SCRIVNER & DOMINICK, and I. M. ENGELL, for appellee.

PER CURIAM.—Petition of Hattie Davenport for certiorari to the Court of Appeals to review and revise the judgment of said court reversing the appeal of *J. T. Camp Transfer Company v. Davenport,* 15 Ala. App. 507, 74 South. 156. Writ denied.

---

## EVANS BROTHERS CONSTRUCTION CO. v. ADAMS.

(Decided February 8, 1917.  74 South. 1005.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

No counsel marked for appellant. LEADER & EWIN, for appellee.

PER CURIAM.—Appeal dismissed.

---

## HENLEY v. RUCKER.

(Decided April 17, 1917.  74 South. 1005.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

CHARLES R. WIGGINS and W. T. MURPHREE, for appellant. BANKHEAD & BANKHEAD, for appellee.

PER CURIAM.—Appeal dismissed for want of prosecution.